# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Christy Workman, *et al.*,

    Plaintiffs,

    v.                           Case No. 1:10cv522

House Calls, LLC*,*               Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by Plaintiff's Counsel, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

**IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*

bac     July 12, 2012                                   Michael R. Barrett
                                                             United States District Judge